# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gerard L. Roy,

      Plaintiff,

      vs.

Hagerty Insurance Agency, LLC

      Defendant's

RECEIVED BY MAIL NOV 12 2020 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

Case No.: 0:20-cv-541 (JRT/LIB)

**DECLARATION OF GERARD L. ROY IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS**

1). I am the Plaintiff, Gerard L. Roy, and I have submitted this declaration in connection with my Reply Brief in Opposition to Defendants Motion to Dismss.

2). I have personal knowledge of, each and every matter or assertion contained herein and swear that they are true not only to the best of my knowledge or recollection, I can prove each word that Ive stated.

3). Attached hereto as **Exhibit A** is the online auto insurance application that I personally filled out in April, 2015.

4). Attached hereto as **Exhibit B** is the restated application, the information which was provided by Hagerty and the Hagerty online insurance software.

5). Attached hereto as **Exhibit C**, is the Affidavit of Thomas Worm, the Hagerty Corporate Underwriting Assistant Manager.

I declare under penalty of perjury that everything I have stated in this document is true and correct prsuant to Minn. Stat. 358.116.

Dated this 8th day of October, 2020.

_____
Gerard L. Roy, pro se litigant

SCANNED NOV 12 2020 U.S. DISTRICT COURT MPLS