EXHIBIT A.

*No questions asked about Prior felony convictions !*

ACCOUNT MANAGEMENT ›   AGENT WEBSITE **(HTTPS://WWW.HAGERTYAGENT.COM:443/)**   877-922-9701 (tel:8779229701)

# HAGERTY INSURANCE VS. DAILY DRIVER INSURANCE

## Hagerty Classic Insurance Policy

RECEIVED
BY MAIL

NOV 12 2020

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

### Premiums up to 43% lower on average*

We understand your classic car is a prized possession that will be used sparingly and with great caution — so, we adjust premiums accordingly.

COMPARE TO DAILY DRIVER INSURANCE

### The Best Coverage for Your Classic

Hagerty offers the best FULL coverage along with additional coverage options. You can tailor your policy to fit how you use your classic car.

COMPARE TO DAILY DRIVER INSURANCE

### Guaranteed Value

You tell us the value and we verify that it's a reasonable, accurate number. Then, we GUARANTEE that value in the event of a covered total loss**. Period.

COMPARE TO DAILY DRIVER INSURANCE


SCANNED
NOV 12 2020
U.S. DISTRICT COURT MPLS

### Knowledgeable Service

All Hagerty employees receive training on classic cars and we have many experts available to answer your toughest questions.

COMPARE TO DAILY DRIVER INSURANCE

## Exceptional Claims Handling

Adjusters trained in the art of classic vehicle repairs. Parts Specialist on staff whose job is tracking down stock original replacement parts. Choose your own repair shop — or we'll even pay you to do the work.

COMPARE TO DAILY DRIVER INSURANCE

## Freedom to Enjoy Your Car

Cars are made to be driven. Our policy allows flexible usage — with no fixed mileage limits. We offer the freedom for weekend cruising and more.

COMPARE TO DAILY DRIVER INSURANCE

## Guaranteed Flatbed Roadside Assistance

We offer guaranteed flatbed towing with soft straps. We also offer unlimited emergency service for towing, battery jumps and lockouts.

COMPARE TO DAILY DRIVER INSURANCE

## Get A Quote Now (/apps/-/quotemyclassic) or call us for more information on 877-922-9701 (tel:877-922-9701)

All coverage not available in all states. This is only a general description of coverage. All coverage is subject to policy provisions, exclusions and endorsements.

*Figure based upon 2014 consumer data collected by Hagerty on single car quotes, with premiums $5000 and under, from several daily driver (or "Everyday") auto insurance carriers.

**Any deductible and/or salvage value if retained by you will be subtracted from the total amount paid.

# GOT A CLASSIC?
# GET A QUOTE »
## FOR COLLECTOR VEHICLE INSURANCE.

### (/APPS/-/QUOTEMYCLASSIC)

Does Your Vehicle Qualify (/Insurance/Classic-Car-Insurance/Does-My-Vehicle-Qualify) | Retrieve Your Quote (/Apps/QuoteMyClassic/Quote/Quote/LookupWebQuote)

# NEED **HELP?**

**Chat with a specialist now** or call us toll free at 877-922-9701 (tel:877-922-9701)

## START CHAT NOW!
### (HTTP://SERVER.IAD.LIVEPERSON.NET/HC
### CMD=FILE&FILE=VISITORWANTSTOCHAT&SITE=5

# STAY CONNECTED

**Auto Policy Management**

Manage Account (/Authenticate/SignIn?destination=/PolicyManagement/PolicySummary.aspx)
Make a Payment (/Authenticate/SignIn?destination=/common/common_payment_options.aspx)
Renew My Policy (/Authenticate/SignIn?destination=/PolicyManagement/PolicySummary.aspx)
File a Claim (/claim/claim_main.aspx)
View ID Cards (/Authenticate/SignIn?destination=/common/common_document_view_idcards.aspx)

**Agents**

Find an Agent (/Apps/Resources/AgentLocator/agencylookup/)
Agent Website (https://www.hagertyagent.com:443/)
Become an Agent (/Insurance/Agents)

**Insurance Products**

Collector Car Insurance (/Insurance/Classic-Car-Insurance)
Common Cars We Insure (/Insurance/Car-Insurance)
sic Boat Insurance (/Insurance/Classic-Boat-Insurance)
ge Motorcycle Insurance (/Insurance/Motorcycle-Insurance)
Motorsports Insurance (/Insurance/Motorsports-Insurance)
International Coverage (/Insurance/International-Coverage)
Business Insurance (/Insurance/Business-Insurance)
Private Client Services (/Insurance/Private-Client-Services)

HAGERTY **(HTTP://WWW.HAGERTY.COM/)**    CONTACT US

**(HTTP://WWW.HAGERTY.COM/HAGERTY-CORPORATE/CONTACT-US)**    877.922.9701

(tel:877.922.9701)

# GET A QUOTE FOR CLASSIC CAR INSURANCE

**Year**

1969

**Make**

Chevrolet

**Model**

Corvette

**Submodel**

Stingray

**Body Style**

Convertible

NEXT

HAGERTY **(HTTP://WWW.HAGERTY.COM/)**          CONTACT US

**(HTTP://WWW.HAGERTY.COM/HAGERTY-CORPORATE/CONTACT-US)**          **877.922.9701**

**(tel:877.922.9701)**

# GET A QUOTE FOR CLASSIC CAR INSURANCE

*Your Vehicle: 1969 (/apps/QuoteMyClassic/Quote/Usa/Direct/r4xdjhgj/Vehicles/1/Year) Chevrolet (/apps/QuoteMyClassic/Quote/Usa/Direct/r4xdjhgj/Vehicles/1/Make) Corvette (/apps/QuoteMyClassic/Quote/Usa/Direct/r4xdjhgj/Vehicles/1/Model) Base (/apps/QuoteMyClassic/Quote/Usa/Direct/r4xdjhgj/Vehicles/1/Submodel) 2dr Convertible (/apps/QuoteMyClassic/Quote/Usa/Direct/r4xdjhgj/Vehicles/1/BodyStyle) Stock (/apps/QuoteMyClassic/Quote/Usa/Direct/r4xdjhgj/Vehicles/1/Classification)*

## Vehicle Value    Help »

$ | 45,000

## Miles Driven Each Year    Help »

*It has been our experience that most classic vehicles are driven 3,500 miles per year or fewer; however, this is not our program's mileage limit. You're welcome to enter higher mileage if that is how the vehicle is used.*

3500

## Where is the vehicle stored?    Help »

Private Garage/Barn/Pole B ▾

## Is the vehicle currently under restoration?    Help »

Yes

HAGERTY **(HTTP://WWW.HAGERTY.COM/)**   CONTACT US

**(HTTP://WWW.HAGERTY.COM/HAGERTY-CORPORATE/CONTACT-US)**   **877.922.9701**

**(tel:877.922.9701)**

# GET A QUOTE FOR CLASSIC CAR INSURANCE

## How many licensed drivers are in the household?   Help »

- ○ 1
- ◉ 2
- ○ 3
- ○ 4
- ○ 5
- ○ 6 or more

## How many cars are there in the household?   Help »

*(Please do not include the collector vehicles)*

- ○ 0
- ○ 1
- ○ 2
- ◉ 3

○ 4

○ 5

○ 6 or more

**How many people in the household drive the collector vehicle(s)?**    Help »

○ 0

◉ 1

○ 2

○ 3

○ 4

○ 5

○ 6 or more

**How many operators of the collector vehicle(s) are under the age of 30?**    Help »

◉ 0

○ 1

○ 2

○ 3

# GET A QUOTE FOR CLASSIC CAR INSURANCE

**How many minor violations were there in the household within the last 3 years?**

*Examples: failure to yield, failure to obey traffic device, phone violation, speed of 19 over or less*

○ 0

◉ 1

○ 2

○ 3

○ 4

○ 5 or more

**How many major violations were there in the household within the last 3 years?**

*Examples: reckless driving, any alcohol related offense, unsafe operation of a motor vehicle, speed of 20 over or more*

◉ 0

○ 1

○ 2

○ 4

○ 5

○ 6 or more

**Has anyone in the household had any moving violations or suspensions in the last 3 years?**

**Help »**

◉ Yes

○ No

**Has anyone in the the household had any accidents or insurance claims in the last 3 years?**

**Help »**

*(other than towing or roadside assistance)*

○ Yes

◉ No

**NEXT**

Copyright 1996–2015 The Hagerty Group, LLC

877.922.9701 (tel:877.922.9701)

No

**Please Specify the Usage for this Vehicle (Check All that Apply)**    Help »

▪ Show, Club or Parades

▪ Pleasure Use (Examples include: Cruises, fun stuff like a trip to the ice cream shop, occasional errands, or occasionally driving to work)

▪ Driven to work at least two times per month (20 or more times per year)

▪ Driven Daily (Primary, everyday transportation)

▪ Business Use

▪ Towing, Utility or Off-road

▪ Other

**NEXT**

Hagerty offers a Guaranteed Value policy and will agree to insure the car for what it is worth. In the event of a covered total loss you are guaranteed to receive the full insured amount, less any chosen deductibles.

Copyright 1996–2016 The Hagerty Group, LLC   Privacy (/corporate/Privacy-Policy) |

**877.922.9701 (tel:877.922.9701)**

○ 3

○ 4

○ 5 or more

**NEXT**

Copyright 1996–2015 The Hagerty Group, LLC

**877.922.9701 (tel:877.922.9701)**

# GET A QUOTE FOR CLASSIC CAR INSURANCE

## Date of Birth

| January ▼ |
|---|

| 29 |
|---|

| 1962 |
|---|

## Email Address    Help »

*We will NOT sell your email address.)*

| groy1875@gmail.com |
|---|

## Current Insurance Carrier for Collector Vehicles    Help »

| New Purchase ▼ |
|---|

## How did you hear about us?

| Agent ▼ |
|---|

 **NEXT**

## GET A QUOTE FOR CLASSIC CAR INSURANCE

**QUOTE NUMBER: 37060535**
**Congratulations! Your quote is only**

# $441

**PER YEAR**

Less than

# $225

**EVERY 6 MONTHS**

## CONTINUE  »

## What you get with Hagerty:

### Guaranteed Value™

**Learn More**

### Better Full Coverage

**Learn More**

### Flexible Usage

**Learn More**

### Guaranteed Flatbed

**Learn More**

**Email Quote**
(/apps/QuoteMyClassic/Quote/Usa/Direct/37060535/Email/QuoteSummary)

**Print Quote**
(/apps/QuoteMyClassic/Quote/Usa/Direct/37060535/Documents/QuoteSummary)

**Add Vehicle**
(/apps/QuoteMyClassic/Quote/Usa/Direct/37060535/Vehicles/Add)

**Start a new quote**
(/apps/QuoteMyClassic/Quote/Usa/Direct/37060535/Quote/Entry)

**Need Help?**
Now (http://server.iad.liveperson.net/hc/50109429/?cmd=file&amp;file=visitorWantsToChat&amp;site=50109429&amp;byhref=1) or
call 877.922.9701 (tel:877.922.9701)

## QUOTE DETAILS

# HAGERTY.   P: 800-922-4050 · F: 231-941-8227 · WWW.HAGERTY.COM

## COLLECTOR VEHICLE INSURANCE APPLICATION - MINNESOTA

### A. // APPLICANT INFORMATION

| | |
|---|---|
| **Applicant Name** (MR/MRS/MS): (Enter your name(s) as it appears on your vehicle registration) | Mr. Gerard L Roy |

| Residence Address: ADDRESS | 17400 Sunset Trl. S.W. | | | | | |
|---|---|---|---|---|---|---|
| CITY Prior Lake | STATE MN | ZIP | 55372-2753 | COUNTY | Scott | |

| Mailing Address: (If different than residence) ADDRESS | | | |
|---|---|---|---|
| CITY | STATE | ZIP | COUNTY |

| Phone (Best): (612) 275-9292 | Email (Best): groy1875@gmail.com | |
|---|---|---|
| Marital Status: Single | Gender: ✔ M   ☐ F | Occupation: Self employed contractor |

### B. // HOUSEHOLD DRIVERS

List all residents, dependents and regular operators of driving age (licensed or not):

| | Name | Date of Birth | Relationship to Applicant | Drivers License Number and State | Operates Collector Vehicle? |
|---|---|---|---|---|---|
| Applicant | Gerard L Roy | 1/29/1962 | Self | On File - MN | ✔ Yes  ☐ No |
| Driver 2 | Loraine M Schweich | 7/2/1963 | Domestic Partner | On File - MN | ☐ Yes  ✔ No |
| Driver 3 | | | | | ☐ Yes  ☐ No |
| Driver 4 | | | | | ☐ Yes  ☐ No |

| | Regular Use Vehicle | | | Company Provided Vehicle? |
|---|---|---|---|---|
| Applicant | Year: 2014  Make: Ford | Model: F350 | | ☐ Yes  ✔ No |
| Driver 2 | Year: 2001  Make: BMW | Model: X5 | | ☐ Yes  ✔ No |
| Driver 3 | Year:  Make: | Model: | | |
| Driver 4 | Year:  Make: | Model: | | |

### C. // DRIVING RECORD

*[handwritten: Hagerty indicated that I have no prior felony convictions!]*

Have you or any residents or dependents had any moving violations, suspensions, felony convictions, accidents or insurance claims within the last 3 years? If so, please describe below.

| | | | |
|---|---|---|---|
| Applicant | ✔ Yes - ☐ No · | Speeding 0-10 over-11/2013: |
| Driver 2 | ☐ Yes  ✔ No | |
| Driver 3 | ☐ Yes  ☐ No | |
| Driver 4 | ☐ Yes  ☐ No | |

EIC 000136

  P: 800-922-4050 · F: 231-941-8227 · WWW.HAGERTY.COM

## D. // COLLECTOR VEHICLE DETAILS

**1**

| Year: 1969 | Make:  CHEVROLET | Model:  CORVETTE STINGRAY | Body Style:  CONVERTIBLE |
|---|---|---|---|

| Value:  $45,000 | VIN:  194679S702426 | Is vehicle owned (i.e. titled or registered) by you?  ☑ Yes ☐ No |
|---|---|---|

Years Owned:  0 | Is vehicle under restoration? ☐ Yes ☑ No | Modified or Customized? ☐ Yes ☑ No

Annual Mileage:  2000 | Usage for this vehicle (check all that apply). ☑ Pleasure ☐ Show/Club ☐ Business

☐ Towing/Utility/Off-Road    ☐ Driven Daily    ☐ Other (describe):

Will vehicle be used for racing, timed events, autocross, drivers education or similar use? ☐ Yes* ☑ No

\* If yes, please describe:

Storage Type:  Private Garage/Barn/Pole Building    If other, please describe:

Storage Location (if different than residence or mailing address)  ADDRESS    CITY    STATE    ZIP    COUNTY

Financed or Leased? If so, provide complete name and address of lienholder/leaseholder:  NAME    ADDRESS

**2**

| Year: | Make: | Model: | Body Style: |
|---|---|---|---|

| Value: | VIN: | Is vehicle owned (i.e. titled or registered) by you?  ☐ Yes ☐ No |
|---|---|---|

Years Owned: | Is vehicle under restoration? ☐ Yes ☐ No | Modified or Customized? ☐ Yes ☐ No

Annual Mileage: | Usage for this vehicle (check all that apply). ☐ Pleasure ☐ Show/Club ☐ Business

☐ Towing/Utility/Off-Road    ☐ Driven Daily    ☐ Other (describe):

Will vehicle be used for racing, timed events, autocross, drivers education or similar use? ☐ Yes* ☐ No

\* If yes, please describe:

Storage Type:    If other, please describe:

Storage Location (if different than residence or mailing address)  ADDRESS    CITY    STATE    ZIP    COUNTY

Financed or Leased? If so, provide complete name and address of lienholder/leaseholder:  NAME    ADDRESS

**3**

| Year: | Make: | Model: | Body Style: |
|---|---|---|---|

| Value: | VIN: | Is vehicle owned (i.e. titled or registered) by you?  ☐ Yes ☐ No |
|---|---|---|

Years Owned: | Is vehicle under restoration? ☐ Yes ☐ No | Modified or Customized? ☐ Yes ☐ No

Annual Mileage: | Usage for this vehicle (check all that apply). ☐ Pleasure ☐ Show/Club ☐ Business

☐ Towing/Utility/Off-Road    ☐ Driven Daily    ☐ Other (describe):

Will vehicle be used for racing, timed events, autocross, drivers education or similar use? ☐ Yes* ☐ No

\* If yes, please describe:

Storage Type:    If other, please describe:

Storage Location (if different than residence or mailing address)  ADDRESS    CITY    STATE    ZIP    COUNTY

Financed or Leased? If so, provide complete name and address of lienholder/leaseholder:  NAME    ADDRESS

EIC 000137



P: 800-922-4050 · F: 231-941-8227 · WWW.HAGERTY.COM

**IF YOU ARE RETURNING THIS APPLICATION,**
**PLEASE INCLUDE THIS PAGE, EVEN IF SECTION E IS BLANK**

## E. // COMMENTS

Please include any additional comments here:

## F. // COVERAGES

See your Quote Summary, quote number 33157038, for a by-vehicle listing of the coverages, limits and premiums for which you are applying.

## G. // CONDITIONS - PLEASE READ BEFORE SIGNING

COVERAGE IS CONTINGENT UPON CONTINUED COMPLIANCE WITH THE FOLLOWING CONDITIONS, UNLESS HAGERTY OR THE COMPANY AGREES OTHERWISE:

**STORAGE**

While not in use, my vehicle(s) will be kept at its principal storage address in a solidly constructed, completely enclosed and locked structure (unless Hagerty or the Company agrees otherwise).

**USE**

1. My vehicle(s) will be used on a limited basis consistent with the operation of a collectible vehicle such as occasional pleasure drives and club / hobby activities.
2. My vehicle(s) will not be used frequently for regular driving such as driving to and from work or school, shopping, errands, general transportation or back-up use.

**INSURED REGULAR USE AUTO**

1. Each driver within my household has a separately insured regular use vehicle of which he or she is the primary operator.
2. All of the regular use vehicles in my household are insured by a separate personal auto insurance policy (or if a business auto policy, with the appropriate personal liability endorsements), maintained in my name (if owned by me), in full force and effect for the entire term of this policy.
3. In no event will this policy serve as my household's only auto insurance.

**CHANGES DURING ANY POLICY TERM**

I acknowledge that it is my responsibility to inform Hagerty or my local broker of any change in the information provided herein after this form is submitted and a policy is issued. This includes but is not limited to the following:

1. Changes in the number of licensed household drivers or regular vehicle operators or their license status;
2. Modifications to my vehicle(s), including the addition of nitrous system(s) or hydraulics, or any modifications meant to achieve 700 horsepower or greater;
3. Any increase or decrease in the value of my vehicle(s) for which I would expect a change in the amount of insurance coverage or premium charged. I understand that Hagerty and my local broker are not responsible for monitoring or changing vehicle values unless I request the change.
4. Any decrease in the liability/UM/UIM limits for the regular use vehicles in my household.

**APPLICANT'S STATEMENT**

I acknowledge that I have read and understood this application in its entirety and that if Essentia Insurance Company or its authorized representative agrees to issue a policy to me, coverage will be contingent on the truth, accuracy and completeness of the information I provided herein. I agree that this application and any materials submitted by me or at my direction with this application, shall be incorporated into and shall constitute a part of any policy issued, whether physically attached to the policy or not. Failure to comply with any of the above conditions may result in coverage being denied. Insurance coverage is subject to the terms, conditions, and exclusions in the policy.

AC AP MN 02 14                Page 3 of 4                                        CLIENT NUMBER: 2104738

EIC 000138


P: 800-922-4050 · F: 231-941-8227 · WWW.HAGERTY.COM

## H. // IMPORTANT NOTICES

**NOTICE OF INSURANCE INFORMATION PRACTICES**

**CONSUMER REPORTS**
A consumer report about you or other individuals listed as policyholders, drivers or household members (e.g. driving record, claims history) may be requested in connection with this application, policy amendments and/or renewals. This consumer report information which we have or may obtain will be treated confidentially and will not be disclosed to non-affiliated third parties without your prior authorization except for such purposes as claims handling, servicing, underwriting, or as otherwise required by law.

**OTHER NON-PUBLIC PERSONAL INFORMATION**
Information contained in this application and any additional non-public personal information subsequently collected, will not be disclosed to non-affiliated third parties without your prior authorization unless permitted or required by law.

**YOUR RIGHTS**
You have the right to see personal information collected about you, and you have the right to correct any information which may be wrong. You may obtain a more detailed description of our information practices and your rights regarding information we collect by viewing our privacy policy online at www.hagerty.com, calling Hagerty, or, if you have been issued a policy, you may write us at the address provided with your policy.

I, the undersigned, hereby authorize the agent named above, if any, and/or the underwriting department of the insurance company named above to collect information about me from organizations providing personal or privileged information. I understand this information will be used for the purpose of making underwriting decisions in connection with the insurance for which I have applied, sought reinstatement or requested a change in benefits. These decisions may include determinations to grant or deny me coverage and/or the rates I will be charged.

**FRAUD WARNING**

A person who submits an application or files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

THE INSURER MAY ELECT TO CANCEL COVERAGE AT ANY TIME DURING THE FIRST 59 DAYS FOLLOWING ISSUANCE OF THE COVERAGE FOR ANY REASON THAT IS NOT SPECIFICALLY PROHIBITED BY STATUTE.

**How would you like to be contacted?**

☐ Phone    ☑ Email

Hagerty will email insurance documents to you at your request. Please consider that while Hagerty takes appropriate care to protect your privacy, there is some risk of interception when sending confidential, personal information by email or email attachment.

**THERE IS NO COVERAGE IN PLACE UNLESS YOU RECEIVE SPECIFIC NOTIFICATION FROM US.**

| Proposed Effective Date | 4/13/2015 | Applicant Signature | <Signature on File><br>Mr. Gerard L Roy | Date | 4/12/2015 |
|---|---|---|---|---|---|

Hagerty Insurance Agency, LLC is licensed in the State of Minnesota under license number IA-20141135 and is underwritten by Essentia Insurance Company

EIC 000139

Exhibit C.

STATE OF MINNESOTA
COUNTY OF RAMSEY

DISTRICT COURT
SECOND JUDICIAL DISTRICT
Case Type: Contract

Gerard L. Roy,

        Plaintiff,

File No. 62-CV-19-5343
Judge Richard H. Kyle, Jr.

vs.

**AFFIDAVIT OF THOMAS WORM**

Hagerty Classic Car Insurance,

        Defendant.

27-CV-15-13813

Filed in Fourth Judicial District Court
4/12/2016 4:05:28 PM
Hennepin County, MN

STATE OF MINNESOTA                          DISTRICT COURT

COUNTY OF HENNEPIN                          FOURTH JUDICIAL DISTRICT

                                            Case Type: Contract

---

Essentia Insurance Company,                 Judge Mel I. Dickstein

        Plaintiff,                   Court File No. 27-CV-15-13813

vs.

Gerard L. Roy,                              **AFFIDAVIT OF THOMAS WORM**

        Defendant.

---

STATE OF MICHIGAN                )
                                 ) ss:
COUNTY OF GRAND TRAVERSE )


Thomas Worm, having been first duly sworn, deposes and states as follows:

1.      I make this Affidavit in support of Plaintiff Essentia Insurance Company's Motion for Summary Judgment in the above-captioned case, based on my own personal knowledge unless otherwise so stated.

2.      I am employed by Hagerty Insurance Agency LLC ("Hagerty") as Corporate Underwriting Assistant Manager.

3.      Hagerty is underwritten by Plaintiff Essentia Insurance Company ("Essentia").

4.      Hagerty processes insurance applications and insurance claims for Essentia.

5.      Hagerty's online application process includes these steps:

      a.  Applicants are presented with a series of questions that elicit information used to assess the risk associated with the proposed insurance.

HIA0313

27-CV-15-13813

Filed in Fourth Judicial District Court
4/12/2016 4:05:28 PM
Hennepin County, MN

b. After answering the questions, the applicant is presented with an application restating the questions and stating in detail the applicant's responses.

c. To complete the application process, the applicant is required to affirm that he or she has reviewed the application, including his or her responses.

d. By signing the application, the applicant affirms that any coverage he or she may be granted is contingent on the accuracy and completeness of his or her disclosures.

6. Attached hereto as Exhibit A is a true and correct copy of the "Collector Vehicle Insurance Application – Minnesota" submitted by Gerard Roy on April 12, 2015.

7. Hagerty relied on the information provided by Gerard Roy in Exhibit A in determining whether to issue an automobile policy to him.

8. Had Gerard Roy disclosed his full household driving record, loss history, and felony conviction in Exhibit A, insurance coverage would not have been offered to him.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Thomas Worm

Subscribed and sworn to before me this _12_ day of April, 2016.

_____
Notary Public

MARGARET A. ROBINSON
Notary Public, State of Michigan
County of Grand Traverse
My Commission Expires 02.15.19

482304v1

HIA0314